# EXHIBIT A

# Auto-Owners

**INSURANCE COMPANY**
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY  COASTAL PLAINS INSURANCE LLC
16-0033-00        Mkt Terr 081    (843) 785-7733

INSURED  ANNA MAE BOLDEN

ADDRESS  609 WILLIAM HILTON PKY
HILTON HEAD   SC   29928-3501

Issued 12-23-2014
Policyholder since 1995
HOMEOWNERS POLICY DECLARATIONS

Renewal Effective 02-03-2015

POLICY NUMBER      44-180-363-00

Company Use        36-89-SC-9502

Company Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| to | |
| 02-03-2015 | 02-03-2016 |

## FOR COMPANY/AGENCY USE ONLY

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE.

The following attachments were issued with this transaction:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17903 | (02-96)  | 17642 | (02-96)B | 57006 | (03-07)A | 17194 | (02-96)A | 57444 | (01-12) |
| 17618 | (02-96)A | 17679 | (08-11)F | 17369 | (02-96)  | 17908 | (07-11)A | 57594 | (08-11)B |
| 17780 | (05-03)  | 17386 | (02-96)  | 57452 | (04-12)  | 57023 | (08-13)A | 17390 | (07-07)A |
| 17761 | (06-05)  | 17447 | (03-97)  | 57108 | (08-07)  | 57523 | (05-13)  | 57635 | (08-14) |
| 59325 | (07-04)A | 59306 | (02-14)B | | | | | | |

Premium/Commission Recap:
   $2,993.06   @ 16.0%

Billing Type            Company Bill - MONTHLY

Billing Account Number  001515104

Insured Copy Mailed To  Insured

Trailback Date          12-23-2014
   USER-ID              RENL

Previous Policy Number  01 16-0033-00 958916-36136583

Reinsurance Dec Copy    No

59511 (4-12)

16-0033-00
COASTAL PLAINS INSURANCE LLC
PO BOX 6869
HILTON HEAD ISLAND  SC  29938-6869

12-23-2014



Life  Home  Car  Business
*The 'No Problem' People*®

P.O. BOX 30660, LANSING, MICHIGAN 48909-8160 • 517-323-1200

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

ANNA MAE BOLDEN
609 WILLIAM HILTON PKY
HILTON HEAD  SC  29928-3501

**You may view your policy online at www.auto-owners.com.**
To enroll, use the policy number **44-180-363-00** and Personal ID code (PID) **C4N 6X6 4N6** .
Once enrolled, you may choose to stop receiving the paper policy in the mail.

Your agency's phone number is (843) 785-7733

RE:  Policy  44-180-363-00

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs!  Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a variety of programs, each of which has its own eligibility requirements, coverages and rates.  In addition, Auto-Owners also offers many billing options.  Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916.  The Auto-Owners Insurance Group is comprised of five property and casualty companies and a life insurance company.  Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

~ *Serving Our Policyholders and Agents Since 1916* ~

# Homeowners Insurance Policy

*Auto-Owners Insurance Company*

**POLICY NON-ASSESSABLE**
This policy is non-assessable and the premium stated in the Declarations is the only premium you will be asked to pay.

**PARTICIPATING**
You will be entitled to an equitable participation in Company funds in excess of the amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law. A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter.

### NOTICE OF MEMBERSHIP AND ANNUAL MEETING

Because we are a mutual company this policy makes you a member of the Auto-Owners Insurance Company. You are entitled to vote, in person or by proxy, at all meetings. Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A.M.

In witness whereof, we, the Auto-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

*William T. Woodbury*
Secretary

*Jeffrey S. Tagsold*
President

17386 (2-96)

*Auto-Owners*  Page 1                                17560 (10-09)
                                                     Issued 12-23-2014
                                              Policyholder since 1995
INSURANCE COMPANY                             HOMEOWNERS POLICY DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999
                                              Renewal Effective 02-03-2015
AGENCY  COASTAL PLAINS INSURANCE LLC
        16-0033-00      Mkt Terr 081    (843) 785-7733    POLICY NUMBER    44-180-363-00

INSURED  ANNA MAE BOLDEN                      Company Use          36-89-SC-9502

                                              Company         POLICY TERM
ADDRESS  609 WILLIAM HILTON PKY               Bill        12:01 a.m.   12:01 a.m.
         HILTON HEAD  SC  29928-3501                              to
                                                          02-03-2015   02-03-2016

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

|                                          | TERM       |
|------------------------------------------|------------|
| TOTAL POLICY PREMIUM                     | $2,993.06  |
| PAID IN FULL DISCOUNT                    | -149.65    |
| TOTAL POLICY PREMIUM IF PAID IN FULL     | $2,843.41  |

The Paid in Full Discount is based on favorable loss experience for the collective group
of policyholders who choose to pay their premiums in full directly to the company.

SOME OR ALL OF THE LOCATIONS ON THIS POLICY CONTAIN AN EXCLUSION FOR THE PERILS OF WINDSTORM
AND HAIL.

                                LOCATION 001

                           HOMEOWNERS POLICY FORM 3

Location:  609 WILLIAM HILTON PKWY HILTON HEAD SC 29928-3501
COINSURANCE CLAUSE - SOUTH CAROLINA VALUATION CLAUSE APPLIES

PROPERTY AND PERSONAL LIABILITY PROTECTION COVERAGES     LIMITS        PREMIUM

   A Dwelling                                            $342,000      Included
   B Other Structures                                     68,400       Included
   C Personal Property                                   239,400       Included
   D Additional Living Expense and Loss of Rents         102,600       Included
   E Personal Liability (each occurrence)                500,000       Included
   F Medical Payments (each person)                        5,000       Included

   Section I Deductible
   $500 - All Peril Deductible

COVERAGES INCLUDED IN YOUR POLICY

   Accidental Death Benefit                               20,000       Included
   Property Coverage Limitation for Fungi, Wet Rot,
    Dry Rot and Bacteria resulting from a covered
    cause of loss                                         68,400       Included
   Credit and Fund Transfer Card Coverage                  1,000       Included
   Loss Assessment Coverage                                2,500       Included
   Fire Department Charges                                   500       Included

ADDITIONAL COVERAGES THAT APPLY

   Personal Property Replacement Cost
   Homeowners Plus
     Mortgage Extra Expense Coverage ($500 Deductible)
     Refrigerated Products Coverage ($250 Deductible)
     Glass Breakage ($250 Deductible)
     Water Seepage or Leakage ($500 Deductible)           $50,000
     Water Backup Of Sewers Or Drains ($500 Deductible)     5,000
   Ordinance Or Law Coverage

      TOTAL PREMIUM BEFORE ADJUSTMENTS                                $8,799.77

PREMIUM ADJUSTMENTS THAT APPLY

   Section I Deductible
   $500 - All Peril Deductible

```
                                        Page 2                          17560 (10-09)
AUTO-OWNERS INS. CO.                                                    Issued 12-23-2014

AGENCY  COASTAL PLAINS INSURANCE LLC       Company   POLICY NUMBER    44-180-363-00
        16-0033-00       Mkt Terr 081      Bill      Company Use      36-89-SC-9502

INSURED  ANNA MAE BOLDEN                             Term 02-03-2015 to 02-03-2016
```

WINDSTORM OR HAIL EXCLUSION DISCOUNT
Age of Insured Discount - Policy Term Age 86
Wood/Coal Heating Surcharge
Coverage A Less Than 100% Replacement Cost Charge
Protective Devices Discount
Paid In Full Discount is available
Year of Construction Surcharge
Claim Free Discount

    TOTAL ADJUSTMENTS                                       $5,806.71-

RATING INFORMATION

Adjusted Value Factor:  1.024
Construction:  Frame              Rated Protection Class:  3        80% Rates Apply
Families:  1                      Hydrant:  Within 1,000 Feet       County:  7
Territory:  36                    Fire Dept:  Within 5 Miles           Beaufort
Occupancy:  Primary               Location:  Inside City Limits     Pool Code:  02
Year Built:  1969                 Community:  HILTON HEAD ISLAND
                                  Wood/Coal Heating

                                          TOTAL LOCATION PREMIUM       $2,993.06

FORMS THAT APPLY TO THIS LOCATION:   17903   (02-96)    17642   (02-96)    57006   (03-07)
17194   (02-96)        57444   (01-12)    17618   (02-96)    17679   (08-11)    17369   (02-96)
17908   (07-11)        17594   (08-11)

SECURED INTERESTED PARTIES:   See Attached Schedule

FORMS THAT APPLY TO ALL LOCATIONS:   17780   (05-03)    17386   (02-96)    57452   (04-12)
57023   (08-13)        17390   (07-07)    17761   (06-05)    17447   (03-97)

    TOTAL POLICY PREMIUM                                      $2,993.06

**Auto-Owners**

Page 3

17560 (10-09)
Issued 12-23-2014
Policyholder since 1995
HOMEOWNERS POLICY DECLARATIONS

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Renewal Effective 02-03-2015

AGENCY  COASTAL PLAINS INSURANCE LLC
16-0033-00      Mkt Terr 081    (843) 785-7733

POLICY NUMBER         44-180-363-00

INSURED  ANNA MAE BOLDEN

Company Use           36-89-SC-9502

ADDRESS  609 WILLIAM HILTON PKY
HILTON HEAD   SC   29928-3501

Company Bill

| POLICY TERM |  |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| to |  |
| 02-03-2015 | 02-03-2016 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

SECURED INTERESTED PARTIES AND/OR ADDITIONAL INTERESTED PARTIES

Loc 001
  REVERSE MORTGAGE SOLUTIONS        Loan: ████████
  DBA VERTICAL LEND
  ISAOA/ATIMA
  PO BOX 39218
  SOLON OH 44139-0218
  Interest:  Mortgagee
  SIP-ID:  OH252817

be the ratio of this insurance to the total amount of all insurance which applies.

j. **ADJUSTED VALUE PROVISION**

The limit of insurance applying to Coverage A - Dwelling will be adjusted at the end of each policy term by the percentage change in construction costs during the policy term in the area in which the **residence premises** is located.

Each Renewal Declarations will show the actual percentage used to compute the revised limits of insurance. The limit for Coverage A - Dwelling will be rounded to the nearest $500 for an annual policy period, subject to a $1,000 minimum. The limit of Coverage A - Dwelling will be rounded to the nearest $250 for a six-month term, subject to a $500 minimum.

k. **MORTGAGE CLAUSE**

This provision applies to only the mortgagee named in the Declarations. It does not affect **your** rights or duties under this policy.

The word mortgagee includes a trustee under a deed of trust and a contract seller under a land contract.

Loss covered by the policy, if any, shall be payable to the mortgagee, as their interest may appear, under all present or future mortgages upon the property described in the Declarations of this policy in which the mortgagee may have an interest. If more than one mortgagee is named in the Declarations, payment shall be made in order of precedence of the mortgages.

If **we** deny **your** claim, such denial will not apply to a valid claim of the mortgagee, provided the mortgagee:

(1) notifies **us** of any change of ownership or occupancy or substantial change in exposure which has come to the knowledge of the mortgagee;

(2) pays any premium due under this policy that **you** or the mortgagor has neglected to pay; and

(3) submits to **us**, within 60 days after receiving notice from **us** of **your** failure to do so, a proof of loss signed and sworn to by the mortgagee.

Whenever **we** pay the mortgagee any sum for loss under this policy and deny payment to **you** for such loss:

(1) to the extent of such payment, **we** are legally subrogated to all rights of the mortgagee under the terms of the mortgage on the covered property; or

(2) at **our** option, **we** may pay to the mortgagee the whole principal due, with interest accrued, and shall then receive full assignment and transfer of the mortgage and of all collateral.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**We** may cancel or nonrenew this policy at any time as provided by its terms. **We** will notify the mortgagee at least 10 days prior to the effective date of the cancellation or nonrenewal. **We** may also cancel this agreement by providing 10 days notice to the mortgagee.

All policy terms and conditions apply to the mortgagee.