# EXHIBIT D

BEAUFORT COUNTY SC - ROD
BK 03062 PGS 0951-0952
FILE NUM 2011026378
05/27/2011  02:47:12 PM;
REC'D BY N DOE RCPT# 648464
RECORDING FEES 7.00

*MEW*
*Nationwide*
*T333*

When Recorded Return To:
Genworth Financial HEA
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan #: ▇▇▇▇▇▇▇
FHA Case #: 461-4974342/951-255
Max. Principal Amt:   $352,500.00

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, GENWORTH FINANCIAL HOME EQUITY ACCESS, INC., WHOSE ADDRESS IS 10951 WHITE ROCK RD, STE 200, RANCHO CORDOVA, CA, 95670, (ASSIGNOR), by these presents does convey, grant, sell, assign, transfer and set over the described mortgage/deed together with the certain note(s) described therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **Reverse Mortgage Solutions, WHOSE ADDRESS IS 3900 Wisconsin Avenue, NW, Washington, DC 20016 (866)503-5559, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE)**

Said mortgage is made by **ANNIE MAE BOLDEN** to **GENWORTH FINANCIAL HOME EQUITY ACCESS, INC.** and recorded in the Recorder or Registrar of Deeds of BEAUFORT County, South Carolina in Book 02967, Page 2055, and/or as Document #

Date: 5/17/2011
GENWORTH FINANCIAL HOME EQUITY ACCESS, INC.

By: _____
CORI JURIN
ASST. SECRETARY

_____
Witness #1

_____
Witness #2

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO

On this_____ day of _____, 20____, before me, _____, Notary Public, personally appeared CORI JURIN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

*See attached*

_____
Witness #1

_____
Notary Public - State of CALIFORNIA
Commission expires:

Document Prepared By: E. Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

Reviewed and Approved as meeting the South Carolina Code of Laws and Recording Statutes by Biddle Law Firm, P.A., Myrtle Beach. South Carolina.

GENAS 14310969 -- CJ3088382  form5/FRMSC1

*14310969*

State of **California**

County of  Sacramento

On 17 May 11 before me, **Johnny Q Gogue III, Notary Public**, personally appeared **Cori Lyn Jurin Asst. Secretary**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

JOHNNY Q. GOGUE III
Commission # 1824724
Notary Public - California
Sacramento County
My Comm. Expires Nov 25, 2012

NOTARY MUST PRINT OR TYPE
This must be printed or typed in a manner that is photographically reproducible (GC27201.5)

Name of the notary: **Johnny Q Gogue III**

County of notary's principal place of business: **Sacramento**

Notary's phone number: **916-384-1308**

Notary's registration number: **1824724**

Commission expiration date: **November 25, 2012**

Book3062/Page952