IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| QUENTIN R. BOLDEN , as Personal Representative of the ESTATE OF ANNA MAE BOLDEN | ) ) ) ) | C/A No.: 9:16-cv-02961-DCN |
| Plaintiff, | ) ) | |
| -versus- | ) ) | **ORDER** |
| AUTO-OWNERS INSURANCE COMPANY and REVERSE MORTGAGE SOLUTIONS, INC. d/b/a VERTICAL LEND ISAOA/ATIMA | ) ) ) ) ) | |
| Defendants. | ) ) | |

This Order is entered following the Court being advised that a full and complete settlement as between all parties to the case has occurred as a result of mediation on June 15, 2018. The Plaintiff, Quentin R. Bolden, as Personal Representative of the Estate of Anna Mae Bolden ("Bolde") and Defendants, Auto-Owners Insurance Company ("Auto-Owners") and Reverse Mortgage Solutions, Inc. d/b/a Vertical Lend ISAOA/ATIMA ("RMS"), resolved all claims and cross-claims between them and they request all claims by and between them are deemed dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties further request that the sums paid into the Court Registry Investment System, Disputed Ownership Fund, in the original principal amount of Three Hundred Forty-Two Thousand and No/100 ($342,000.00) Dollars, be disbursed first:

      A)      to RMS in the amount of One Hundred Fifty Thousand and No/100 ($150,000.00) Dollars via check made payable to Reverse Mortgage Solutions, Inc., delivered c/o Michael C. Griffin, Esq., Bradley, Arant, Boult, Cummings, LLP, Hearst Tower, 214 North Tryon Street, Suite 3700, Charlotte, NC 28202, attorneys for RMS;

      B)      with the net balance held in the Disputed Ownership Fund under the above-referenced Case Number to Bolden, via check made payable to Minor, Haight & Arundell, P.C., attorneys for Quentin R. Bolden, as personal representative of the Estate of Anna Mae Bolden, delivered to Minor, Haight & Arundell, P.C., P. O. Drawer 6067, Hilton Head Island, SC 29938, where it shall be deposited in the firm's trust account and paid to the Estate of Anna Mae Bolden subject to reduction for attorneys' fees and costs owing to Minor, Haight & Arundell, P.C. and The Nye Law Group pursuant to fee agreement.

It appearing that the foregoing disbursements are proper and that they will result in a total distribution of all funds held by the Court in this action, Court Administration is hereby directed to make payment as requested above. Thus, all claims asserted in the above-styled action are ended and the case is hereby dismissed *with prejudice* pending disbursement of the proceeds held by this Court

**AND IT IS SO ORDERED!**

_____
David C. Norton
United States District Judge

June 28, 2018
Charleston, South Carolina